IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUAN RIVERA (2005-0001027),

                Plaintiff,

v.

SUPT. PHIL CLINE, et al.,

                Defendants.

Case No. 05 C 3648

Hon. Harry D. Leinenweber

## MEMORANDUM OPINION AND ORDER

Plaintiff Juan Rivera filed a Motion for Leave to File *In Forma Pauperis*. Plaintiff is granted leave to file *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(b)(1), Plaintiff is assessed an initial partial filing fee of $ 14.00. The Supervisor of Inmate Trust Accounts at the Cook County Jail is authorized to collect, when funds exist, the partial filing fee from Plaintiff's trust fund account and pay it directly to the Clerk of Court. After payment of the initial partial filing fee, the trust fund officer is authorized to collect monthly payments from plaintiff's trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from plaintiff's trust fund account shall be forwarded to the Clerk of Court each time the amount in the account exceeds $10 until the full $250 filing fee is paid. All payments shall be sent to the Clerk, United States District Court, 219 S. Dearborn St., Chicago, IL 60604, Attn: Cashier's Desk, 20th Floor, and shall clearly

identify Plaintiff's name and the case number assigned to this action. The Cook County Inmate Trust Account Office shall notify state correctional authorities of any outstanding balance in the event Plaintiff is transferred from the Jail to a state correctional facility.

Plaintiff's Motion for Leave to file *in forma pauperis* is granted. The Court authorizes Cook County Jail officials to deduct $14.00 from Plaintiff's account. The Clerk shall send a copy of this order to Elizabeth Hudson, Supervisor of Inmate Trust Fund Accounts, Cook County Dept. of Corrections Administrative Office, Division V, 2700 S. California, Chicago, IL 60608. The Clerk shall issue Summonses to Defendants Cline, Yzguirre, and Kearns and attach a Notice of Availability of a Magistrate Judge to the Summons for each Defendant, and send Plaintiff said Notice and Instructions for Submitting Documents along with a copy of this Order. Defendant Richard A. Devine and the claim of malicious prosecution are dismissed from this action.

**IT IS SO ORDERED.**

Harry D. Leinenweber, Judge
United States District Court

Dated: July 25, 2005